UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAWWNA L. KNESS,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, *et al.*,<br><br>　　　　Defendant(s). | Case No.: 2:18-cv-01225-APG-NJK<br><br>**Order**<br><br>(Docket No. 15) |

　　　　Before the Court is Plaintiff and Defendant Experian Information Solutions, Inc.'s notice of settlement. Docket No. 15. The Court **ORDERS** these parties to file a stipulation of dismissal no later than January 21, 2019.

　　　　IT IS SO ORDERED.

　　　　Dated: November 19, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1